UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

SANTIAGO ABREU,

    Plaintiff,                                         CASE NO.: 9:17-cv-80282-KAM

vs.

HESSLER PAINT & DECORATING
CENTER 3, LLC, d/b/a HESSLER PAINT &
DECORATING CENTER,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, HESSLER PAINT & DECORATING CENTER 3, LLC, d/b/a HESSLER PAINT & DECORATING CENTER ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    This case shall be dismissed **with prejudice** with each party bearing his/their own attorneys' fees and costs.

                                                      BY:   /s/ Jason S. Weiss
                                                                   Jason S. Weiss
                                                                   Jason@jswlawyer.com
                                                                   Florida Bar No. 356890
                                                                   **WEISS LAW GROUP, P.A.**
                                                                   5531 N. University Drive, Suite 103
                                                                   Coral Springs, FL 33067
                                                                   Tel: (954) 573-2800
                                                                   Fax: (954) 573-2798
                                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890